| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number and address): | FOR COURT USE ONLY |
|---|---|
| ROBERT L. POLLAK SBN: 083950    File #: 28A1281<br>GLASSBERG, POLLAK & ASSOCIATES<br>425 California St., Suite 850<br>San Francisco, CA  94104-2193<br>TELEPHONE NO.: (415) 291-8320    FAX NO.: (415) 291-8111<br>ATTORNEY FOR (Name): Plaintiff | **FILED**<br>APR 1 8 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| INSERT NAME OF COURT, JUDICIAL DISTRICT, AND BRANCH COURT, IF ANY:<br>UNITED STATES DISTRICT COURT OF CALIFORNIA, NORTHERN DISTRICT | |
| PLAINTIFF: LABS OF VIRGINIA, etc.<br>DEFENDANT: CLINTRIALS, etc. et al. | |

| **MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST** | CASE NUMBER:<br>CV0880039MISC |
|---|---|

1. I claim the following costs after judgment incurred within the last two years *(indicate if there are multiple items in any category)*:

| | | Date Incurred | Amount |
|---|---|---|---|
| a | Preparing and issuing abstract of judgment | | $ |
| b | Recording and indexing abstract of judgment | | $ |
| c | Filing notice of judgment lien on personal property | | $ |
| d | Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 *(specify county):* SAN MATEO COUNTY | | $ |
| e | Levying officer's fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | | $ |
| f | Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | | $ |
| g | Attorney fees, if allowed by Code Civ. Proc., § 685.040 | | $ |
| h | Other: PROCESS SERVER FEES FOR OEX AND BANK LEVIES | | $ |
| i | Total of claimed costs for current memorandum of costs *(add items a-h)* | | $ 0.00 |

2. All previously allowed postjudgment costs: ............................................................. $

3. **Total** of all postjudgment costs *(add items 1 and 2)*: .................................................. $ 0.00

4. **Acknowledgment of Credit.** I acknowledge total credit to date (including returns on levy process and direct payments) in the amount of: $0.00

5. **Declaration of Accrued Interest.** Interest accruing on the judgment at the legal rate from the date of entry on balances due after partial satisfactions and other credits in the amount of: $77,123.15

6. I am the    [ ] judgment creditor    [ ] agent for the judgment creditor    [X] attorney for the judgment creditor.
I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 25, 2008

ROBERT L. POLLAK    ▶ *(signature)*
(TYPE OR PRINT NAME)    (SIGNATURE OR DECLARANT)

---

**NOTICE TO THE JUDGMENT DEBTOR**

If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, *not exceeding $100 in aggregate* and not already allowed by the court, may be included in the writ of execution. *The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution.* (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

*(Proof of service on reverse)*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>MC-012 [Rev. January 1, 2000] | **MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST** | Code of Civil Procedure,<br>§ 685.070 |

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| LABS OF VIRGINIA vs. CLINTRIALS | CV0880039MISC |

## PROOF OF SERVICE
[ X ] **Mail**    [ ] **Personal Service**

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My residence or business address is (specify):  425 California Street, Suite 850
   San Francisco, CA  94104-2193

3. I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows (complete either a or b):
   a. [ X ] **Mail.** I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope AND
         (a) [  ] **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) [ x ] **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed as follows:
         (a) Name of person served: CLINTRIALS BIORESEARCH, LTD.; BIO-RESEARCH LABORATORIES, LTD.
             c/o South Carolina Secretary of State
         (b) Address on envelope:  Edgar Brown Building, Fifth Floor
             1205 Pendleton Street
             Columbia SC 29201
         (c) Date of mailing: March 25, 2008
         (d) Place of mailing (city and state):  San Francisco, CA

   b. [ ] **Personal delivery.** I personally delivered a copy as follows:
      (1) Name of person served:
      (2) Address where delivered:

      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 25, 2008

OCTAVIA CRUZ
(TYPE OR PRINT NAME)                                         ▶  (SIGNATURE OR DECLARANT)

---

MC-012 [Rev. January 1, 2000]   **MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**   Page two