SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
D. RONALD RYLAND, Cal. Bar No. 49749
rryland@sheppardmullin.com
BRIAN R. BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

ROBERT W. MCFARLAND (*Pro Hac Vice* To Be Applied)
SHEPHERD D. WAINGER (*Pro Hac Vice* To Be Applied)
MCGUIREWOODS LLP
9000 World Trade Center
Norfolk, VA 23510
Telephone: (757) 640-3700
Facsimile:  (757) 640-3701

Attorneys for Defendants CLINTRIALS BIORESEARCH, LTD.
AND BIO-RESEARCH LABORATORIES, LTD.,
Now Known As CHARLES RIVER LABORATORIES
PRECLINICAL SERVICES MONTREAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABS OF VIRGINIA COMPANY, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>CLINTRIALS BIORESEARCH, LTD., *ET AL.*,<br><br>         Defendants. | Case No. 3:08-MC-80039 VRW<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO QUASH WRITS OF EXECUTION AND MOTION TO VACATE LEVIES**<br><br>[Civil L.R. 7-7(e)]<br><br>Date:       July 10, 2008<br>Time:       2:30 p.m.<br>Courtroom:  6, 17th Floor<br><br>The Honorable Vaughn R. Walker |

-2-

1  PLEASE TAKE NOTICE THAT pursuant to Civil L.R. 7-7(e) defendant and moving party withdraws its Motion to Quash Writs of Execution and Vacate Levies, which was scheduled for hearing on July 10, 2008, at 2:30 p.m., in Courtroom 6, 17th Floor, of the United States District Court, Northern District of California.

Dated: June 12, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Brian R. Blackman
BRIAN R. BLACKMAN
Attorneys for Defendants
CLINTRIALS BIORESEARCH, LTD.
AND BIO-RESEARCH LABORATORIES, LTD.,
Now Known As CHARLES RIVER
LABORATORIES PRECLINICAL SERVICES
MONTREAL, INC.