EJ-100

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br><br>After recording return to: ROBERT L. POLLAK Bar #: 083950<br>GLASSBERG, POLLAK & ASSOCIATES<br>425 California St., Suite 850<br>San Francisco, CA  94104-2193<br><br>                            FILE NO.: 28A1281<br><br>       TELEPHONE NO.: (415) 291-8320<br>         FAX NO. *(Optional):* (415) 291-8111<br>E-MAIL ADDRESS *(Optional):* gpa@glassberg-pollak.com<br>  ATTORNEY FOR *(Name):* Plaintiff | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF NORTHERN DISTRICT**<br>STREET ADDRESS: 450 Golden Gate Av,16 Fl,#1111<br>MAILING ADDRESS: 450 Golden Gate Av,16 Fl,#1111<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Northern District | *FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY* |

| | |
|---|---|
| PLAINTIFF: LABS OF VIRGINIA, etc.<br><br>DEFENDANT: CLINTRIALS, etc., et al. | CASE NUMBER: 3:08-MC-80039 VRW |
| **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**<br>[ X ] FULL     [ ] PARTIAL     [ ] MATURED INSTALLMENT | *FOR COURT USE ONLY* |

1. Satisfaction of the judgment is acknowledged as follows:
   a. [ X ] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [ X ] The judgment creditor has accepted payment or performance other
          than that specified in the judgment in full satisfaction of the
          judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been
      satisfied as of *(date):*
2. Full name and address of judgment creditor:* Labs of Virginia, Inc., c/o GLASSBERG, POLLAK & ASSOCIATES, 425 California St., Suite 850, San Francisco, CA 94104-2193

3. Full name and address of assignee of record, if any:
4. Full name and address of judgment debtor being fully or partially released:* CLINTRIALS BIORESEARCH, LTD.; BIO-RESEARCH LABORATORIES,LTD. at Edgar Brown Building, Fifth Floor 1205 Pendleton Street, Columbia SC 29201
5. a. Judgment entered on *(date):* April 4, 2000
   b. [ ] Renewal entered on *(date):*

6. [ X ] An [ X ] abstract of judgment    [ ] certified copy of the judgment  has been recorded as follows *(complete all
      information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER | PAGE NUMBER |
|---|---|---|---|
| | | | |

7. [ X ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: June 27, 2008

                           ▶ *[signature]*

                         *(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

                         ROBERT L. POLLAK             Page 1 of 1

---

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>EJ-100 [Rev. January 1, 2005] | **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** | Code of Civ. Proc., §§ 724, 060,<br>724, 120, 724, 250 |

ATTACHED TO SATISFACTION OF JUDGMENT
CASE NUMBER: 3:08-MC-80039 VRW


STATE OF CALIFORNIA             }

COUNTY OF SAN FRANCISCO

On ___June 27, 2008_____, before me, MONALYN O. ARNESEN, a notary public for the state, personally appeared ROBERT L. POLLAK, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.


WITNESS my hand and official seal.


Signature _____          (Seal)
          MONALYN O. ARNESEN
          Notary Public

MONALYN O. ARNESEN
Commission # 1785896
Notary Public - California
San Francisco County
My Comm. Expires Dec 20, 2011